EVANDER S. VAN LIEW AND ANOTHER, ADMINISTRATORS, APPELLANTS, *v.* STEPHEN V. R. JOHNSON AND OTHERS, IMPLEADED, RESPONDENTS.

*Fraudulent contract — remedy of party defrauded.*

The remedy of a party defrauded is either to affirm the contract and sue for the damages occasioned by the fraud, or to disaffirm the contract and to sue for the recovery of whatever has been received under the contract by the other party.

He can pursue the latter remedy only on condition that he has restored, or offered to restore, all that he has himself received under the contract.

APPEAL from an order sustaining a demurrer to the complaint in this action.

*McDonald & Rose,* for the appellants.

*Thaddeus Bodine,* for the respondents.

Opinion by GILBERT, J.

Order appealed from affirmed with costs, with leave to the plaintiff to amend in twenty days on payment of costs.